# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| OSCAR VENTURA RODRIGUEZ, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-153 |
| | * | |
| v. | * | |
| | * | |
| WARDEN D. GREENWALT, | * | |
| | * | |
| Defendant. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 3. Plaintiff did not file Objections to this Report and Recommendation. In fact, this Court's mailing was returned to the Court as undeliverable, with the notations: "Return to Sender: No Longer Here 2/4" and "Return to Sender, Not Deliverable as Addressed, Unable to Forward." Dkt. No. 4, p. 1.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's directives and failure to prosecute, **DIRECTS** the Clerk

AO 72A
(Rev. 8/82)

of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 23 day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA