AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

OSCAR VENTURA RODRIGUEZ,

    Plaintiff,

v.

WARDEN D. GREENWALT,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-CV-153

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered February 24, 2021; the Magistrate Judge's Report and Recommendation is ADOPTED as the Order of this Court. Plaintiff's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice, and Plaintiff is DENIED in forma pauperis status on appeal. This civil action stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: Feby 24, 2021

John Triplett, Acting Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03